

_____
Honorable August B. Landis
United States Bankruptcy Judge

Jeanette E. McPherson, Esq., NV Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Blvd., Suite 1
Las Vegas NV  89146-5308
Telephone:     (702) 228-7590
Facsimile:     (702) 892-0122
E-Mail:        bkfilings@s-mlaw.com
*Counsel for Shelley D. Krohn, Trustee*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-18-13604-abl |
|---|---|
| DOMINIC JOSEPH MAGLIARDITI, | Chapter 7 |
| Debtor(s). | **ORDER APPROVING STIPULATION CONTINUING HEARING ON TRUSTEE'S MOTION TO SELL CAUSES OF ACTION FREE AND CLEAR OF ALL CLAIMS, ENCUMBRANCES, AND INTERESTS** |
| | Old Hearing Date:  June 12, 2019<br>Old Hearing Time:  9:30 a.m. |
| | New Hearing Date:  July 3, 2019<br>New Hearing Time:  9:30 a.m. |

The Court having reviewed the Stipulation Continuing Hearing On Trustee's Motion To Sell Causes Of Action Free And Clear Of All Claims, Encumbrances, And Interests ("Stipulation")[1] entered into by Shelley D. Krohn, Chapter 7 Trustee (the "Trustee"), by and through her counsel Schwartzer & McPherson Law Firm, Transfirst Group, Inc. f/k/a Transfirst Holdings, Inc., Transfirst Third Party Sales LLC f/k/a Transfirst Merchant Services, Inc., and

---

[1] All capitalized terms have the meanings ascribed them in the underlying Stipulation.

Payment Resources International, LLC, by and through its counsel Reese Marketos LLP, Francine Magliarditi, by and through her counsel Cook & Kelesis, Ltd., and Dominic Joseph Magliarditi, by and through his counsel Larson Zirzow & Kaplan, LLC (collectively, the "Parties"), and good cause appearing, it is hereby

**ORDERED** that the Stipulation is granted; and it is further

**ORDERED** that the hearing on the Trustee's Motion To Sell Causes Of Action Free And Clear Of All Claims, Encumbrances, And Interests currently set for June 12, 2019 at 9:30 a.m. is hereby continued to **July 3, 2019 at 9:30 a.m.**; and it is further

**ORDERED** that the continuance of the hearing on the Motion from June 12, 2019 to July 3, 2019 shall also extend the Auction and Bidding Procedures requested on pages 4 and 5 of the Trustee's Motion, including without limitation that the Auction shall be continued to the new hearing date, and also that the deadline for an Overbidder to tender the following items shall be extended to July 2, 2019, being the day prior to the new hearing/Auction date: (a) a cashier's check of $7,000.00 as a deposit in order to bid, and (b) verifiable evidence of the financial ability to close; and it is further

**ORDERED** that nothing in the Stipulation or herein is intended or should be construed as waiving any arguments or objections Francine Magliarditi raised in her limited Opposition to the Motion [ECF No. 62]; and it is further

**ORDERED** that the deadline to file a reply to any opposition to the Motion shall be extended up to and including June 27, 2019.

Submitted by:

SCHWARTZER & MCPHERSON LAW FIRM

/s/ Jeanette E. McPherson
Jeanette E. McPherson, Esq.
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Shelley D. Krohn, Trustee*

# # #